JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE GUILLERMO MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>R.M. DIAZ, Warden,<br><br>　　　　Respondent. | Case No. CV 12-3344-GHK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated:  7/22/12



George H. King
United States District Judge