FILED
JUL 26 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE GUILLERMO MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>R.M. DIAZ, Warden,<br><br>　　　　Respondent. | Case No. CV 12-3344-GHK (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated:   7/22/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George H. King
　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY